Harmon B. Niver, Respondent, v. Hinds, Noble & Eldredge, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to

defendant to answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.